

RECEIVED
IN MONROE, LA
AUG 2 7 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 08-0191** |
| **VERSUS** | * | **JUDGE JAMES** |
| **BRITTANY REED** | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Brittany Reed, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

THUS DONE AND SIGNED this 27 day of August, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE